# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ-SALGADO,<br><br>　　　　　　　　　　Petitioner,<br>　　vs.<br>LARRY E. SCRIBNER, et al.,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08cv562-WQH (WMc)<br><br>ORDER DENYING RESPONDENTS' REQUEST FOR STAY |

On June 30, 2008, Respondents filed a Request for Stay Pending Issuance of the Mandate in *Hayward*. [Docket No. 6.] Having reviewed Respondents' motion, the Court concludes that a stay pending the Ninth Circuit's decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), r*eh'g en banc granted*, __ F.3d__, No. 06-55392 (9th Cir. filed May 16, 2008), is not warranted. Respondent has not demonstrated a strong compelling reason to delay the briefing until a ruling had been issued in the above captioned case. Therefore, Respondents' request is DENIED.

Respondents shall file an answer or other responsive pleading on or before September 1, 2008. Petitioner may file a traverse on before October 3, 2008.

IT IS SO ORDERED.

DATED: July 25, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court