1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JESSICA N. BLONIEN
   Supervising Deputy Attorney General
5  JACQUELINE MAI, State Bar No. 235224
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-3199
     Fax: (619) 645-2581
9    Email: Jacqueline.Mai@doj.ca.gov

10 Attorneys for Respondent

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | JOSE RAMIREZ-SALGADO,           | 08-CV-0562 WQH (WMc)
16 |                      Petitioner,| RESPONDENT'S NOTICE OF
                                     | LODGMENT IN SUPPORT OF
17 |          v.                     | MOTION TO DISMISS PETITION
                                     | FOR WRIT OF HABEAS CORPUS
18 | LARRY E. SCRIBNER, WARDEN (A), ET|
   | AL.,                             | Judge:   The Honorable
19 |                                  |          William McCurine,
   |                      Respondent. |          Jr.
20

21     Respondent Larry Small[1/], Acting Warden of the Calipatria State Prison, lodges the

22 following documents in support of his Motion to Dismiss Petition for Writ of Habeas Corpus:

23     Lodgment 1    California Board of Parole Hearings Decision

24     Lodgment 2    San Diego County Superior Court Petition

25     Lodgment 3    San Diego County Superior Court Order

26 _____

27     1. The proper named respondent in this action is Larry Small, the Acting Warden at
   Calipatria State Prison, where Ramirez-Salgado is incarcerated. *Stanley v. California Supreme*
28 *Court*, 21 F.3d 359, 360 (9th Cir. 1994) (holding that the warden where petitioner is incarcerated is
   the proper respondent); Rule 2(a), 28 U.S.C. § 2254.

Notice of Lodgment                                           Case No. 08-CV-0562 WQH (WMc)

| | | |
|---|---|---|
| Lodgment 4 | California Court of Appeal Petition |
| Lodgment 5 | California Court of Appeal Order |
| Lodgment 6 | California Supreme Court Petition |
| Lodgment 7 | California Supreme Court Order |
| Lodgment 8 | United States District Court, Southern District of California First Amended Petition for Writ of Habeas Corpus |
| Lodgment 9 | United States District Court, Southern District of California Petition for Writ of Habeas Corpus |
| Lodgment 10 | United States District Court, Southern District of California April 3, 2008 Order |

Dated: August 29, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

JESSICA N. BLONIEN
Supervising Deputy Attorney General

/s/ Jacqueline Mai

JACQUELINE MAI
Deputy Attorney General
Attorneys for Respondent

JM/scb
70134826.wpd
SD2008801441

Notice of Lodgment                                    Case No. 08-CV-0562 WQH (WMc)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ramirez-Salgado v. Scribner**

No.:         **08-CV-0562 WQH (WMc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 29, 2008, I served the attached **RESPONDENT'S NOTICE OF LODGMENT IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

JOSE RAMIREZ-SALGADO
CDC #C11124
CALIPATRIA STATE PRISON
P.O. BOX 5001
CALIPATRIA, CA 92233-5001

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 29, 2008, at San Diego, California.

S. Banks
_____
Declarant

_____
Signature

70135114.wpd